UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-00967-WWB-EJK

JEFFREY STEINBERG,

      Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

      Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Interested Persons Order for Civil Cases dated June 10, 2020 [ECF No. 4] and Rule 7.1, Defendant Vemo Education, Inc., files this Certificate of Interested Parties and Corporate Disclosure Statement.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Jeffrey Steinberg – Plaintiff
- C. Ryan Morgan – Counsel for Plaintiff
- Vemo Education, Inc. – Defendant
- Kennedy Lewis Capital Partners Master Fund LP

- University Ventures Fund II, L.P.
- Tonio DeSorrento
- Lewis Brisbois Bisgaard & Smith LLP – Counsel for Defendant
- Jonathan A. Beckerman, Esq. – Counsel for Defendant
- Miguel A. Morel, Esq. – Counsel for Defendant
- Christopher T. Perré, Esq. – Counsel for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- Defendant is not aware of any additional entities matching this criteria at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- Defendant is not aware of any additional entities matching this criteria at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff alleges that he was the victim of civil conduct alleged to be wrongful. No other persons or entities allege to have been harmed.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| **Dated**: June 19, 2020 | Respectfully submitted, |

                                            **Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

*/s/ Christopher T. Perré*
Jonathan A. Beckerman, Esq. (FBN 0568252)
Jonathan.Beckerman@lewisbrisbois.com
Miguel A. Morel, Esq. (FBN 89163)
Miguel.Morel@lewisbrisbois.com
Christopher T. Perré, Esq. (FBN 123902)
Christopher.Perre@lewisbrisbois.com

***Attorneys for Defendant***