# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JEFFREY STEINBERG,

      Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

      Defendant.

_____/

CASE NO.: 2020  10562  CIDL

DIVISION : 02 - Kathryn Weston

S 4 20 r2

ERIC LARSON
CERT PROCESS SERVER #063
2ND JUDICIAL CIRCUIT

Served:_____
Date:_____ Time:_____
Server:_____
Certified/Special Process Server #_____

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint or Petition, Interrogatories, Request for Production and Request for
Admissions in the above-styled cause upon the Defendant:

**VEMO EDUCATION, INC.**
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301

      Each Defendant is hereby required to serve written defenses to said Complaint
or Petition on C. RYAN MORGAN, ESQ. Morgan & Morgan, P.A., 20 North Orange
Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407)
420-1414, within twenty (20) days after service of this Summons upon you, exclusive
of the day of service, and to file the original of said written defenses with the Clerk of
said Court either before service on Plaintiff's attorney or immediately thereafter. If
you fail to do so, a default will be entered against you for the relief demanded in the
Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **VOLUSIA COUNTY COURTHOUSE, 125 East Orange Avenue, Daytona Beach, FL 32114; telephone (386) 736-5907**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the _28th_ day of _April_, 2020.

LAURA E ROTH
CLERK OF THE CIRCUIT COURT

By_____
As Deputy Clerk

rtn to pltf/atty for sop
cc pltf/atty by mail

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay System."

C. Ryan Morgan, Esq.
MORGAN & MORGAN, P.A.
POST OFFICE BOX 4979
20 NORTH ORANGE AVENUE, SUITE 1600
ORLANDO, FLORIDA 32802-4979
Telephone: (407) 420-1414
E-mail: rmorgan@forthepeople.com

4

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JEFFREY STEINBERG,

                                     CASE NO.:

     Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

     Defendant.

_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

Plaintiff, JEFFREY STEINBERG ("Plaintiff"), sues the Defendant, VEMO

EDUCATION, INC., for breach of agreement and unpaid wages. In support of his

Complaint, Plaintiff states as follows:

### PARTIES

1.     Plaintiff is an adult individual who resides in Volusia County, Florida.

2.     Defendant, VEMO EDUCATION, INC. (hereinafter "Vemo"), is a

Delaware Corporation with its headquarters in Arlington, Virginia, and is licensed

to conduct business in the state of Florida and does conduct business in the State of

Florida.

### JURISDICTION AND VENUE

3.     This is an action for damages more than $30,000.00.

1

4.     This Court has jurisdiction over Plaintiff's claims because, at all times material to this Complaint, Plaintiff primarily performed worked for Vemo in Volusia County, Florida, among other location.

5.     The illegal conduct complained of and the resultant injury occurred within the judicial district in and for Volusia County, Florida.

### GENERAL ALLEGATIONS

6.     Plaintiff and Vemo entered into an agreement by which Vemo agreed to pay Plaintiff certain commissions for services rendered on behalf of Vemo. A true and correct copy of the offer letter signed by Plaintiff is attached hereto as Exhibit "A."

7.     Plaintiff and Vemo agreed to these terms and conditions and Plaintiff performed under the contract by performing his job duties and selling Vemo's services to their clients.

8.     During his employment, Vemo amended Plaintiff's commission plan several times, with the most recent amendment coming in November 2019, a true and correct copy of which is attached as Exhibit "B."

9.     Included in that amendment is a clause titled "Grandfathered Deals" which states that "Any contract with an issue/delivery date prior to 11/1/2019 will be paid the greater of 20% or $5,000 and given quota credit for the eligible fee revenue."

10. During his employment, Plaintiff performed work on and helped close numerous deals on behalf of Vemo.

11. In some of these deals, Plaintiff was paid his correct commissions.

12. However, in several deals, Plaintiff was paid less than the agreed upon amount and in some cases was paid <u>no</u> commissions whatsoever.

13. For example, on the Redacted - Confidential deal, Plaintiff was listed as the "Deal owner" and sales person within Vemo's computer system.

14. Nonetheless, Vemo has failed to pay Plaintiff any commission whatsoever for the Redacted - Confidential deal.

15. Vemo has breached the agreement with Plaintiff to pay him certain commissions on the Redacted - Confidential Deal and other deals to which Plaintiff is entitled to a commission for.

16. All conditions precedent to this action have been met or have been waived.

17. Plaintiff has retained the services of the undersigned law firm and is obligated to pay the firm a reasonable fee if this claim is successful.

<u>COUNT I – BREACH OF AGREEMENT</u>

18. Plaintiff realleges and reincorporates Paragraphs 1 – 17 above.

19. Plaintiff and Vemo agreed to pay Plaintiff compensation for services performed. *See* Exhibit A and B.

20.    Notwithstanding the agreements' terms, Vemo has failed to pay Plaintiff complete compensation for all deals to which he is entitled a commission. *See, e.g.,* ¶¶ 10-15.

21.    Plaintiff has been damaged as a result of Vemo's failure to pay Plaintiff the agreed upon compensation to which he is entitled under the agreement.

22.    Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, JEFFREY STEINBERG, demands judgment against Defendant for breach of contract damages, pre-judgment interest, post-judgment interest, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

## COUNT II – UNPAID WAGES

23.    Plaintiff realleges and reincorporates Paragraphs 1 – 17 above.

24.    Plaintiff and Vemo agreed to pay Plaintiff compensation for services performed. *See* Exhibit A and B.

25.    Notwithstanding the agreements' terms, Vemo has failed to pay Plaintiff complete compensation for all deals to which he is entitled a commission. *See, e.g.,* ¶¶ 10-15.

26.    Plaintiff has been damaged as a result of Vemo's failure to pay Plaintiff the agreed upon compensation to which he is entitled under Florida law.

27.    Pursuant to Fla. Stat. § 448.08, Plaintiff is entitled to attorney's fees and costs when he prevails in this action.

28.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, JEFFREY STEINBERG, demands judgment against Defendant for unpaid wages, pre-judgment interest, post-judgment interest, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Respectfully submitted this 21st day of April, 2020.


/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 418-2069
Facsimile: (407) 245-3401
Email:     RMorgan@forthepeople.com
Attorneys for Plaintiff

# EXHIBIT "A"

**VEMO EDUCATION, INC.**
2915 Hunter Mill Road
Unit 6
Oakton, VA 22124

January 3, 2018

Jeffrey Steinberg
~~███████████████~~

Dear Jeff:

Vemo Education, Inc., a Delaware corporation (the "Company"), is pleased to offer you employment with the Company on the terms described below.

**1.** **Position.** You will start in a full-time position as Regional Vice President, and you will initially report to the Company's Vice President, Higher Education. By signing this letter, you confirm with the Company that you are under no contractual or other legal obligations that would prohibit you from performing your duties with the Company.

**2.** **Compensation and Employee Benefits.** You will be paid a regular starting salary of $150,000 per year, payable on the Company's regular payroll dates. You will receive a signing bonus of $10,000 upon completion of your first payroll period at the Company, and you may expense the purchase of a laptop, computer or tablet as well as a phone. You will also be eligible for cash and equity bonuses as set forth in the attached compensation matrix. As a regular employee of the Company you will be eligible to participate in a number of Company-sponsored benefits.

**3.** **Stock Options.** Subject to the approval of the Company's Board of Directors, in 2018 you will be granted an option to purchase numbers of shares of the Company's common stock as stated in the attached compensation matrix. The Company expects to offer similar equity incentive compensation in subsequent years. The option will be subject to the terms and conditions applicable to options granted under the Company's 2015 Stock Plan, or any successor stock plan adopted by the Board, as described in that plan and the applicable stock option agreement, which you will be required to sign. Other than special vesting schedules set forth in the attached compensation matrix, you will vest in 25% of the option shares on the 12-month anniversary of your vesting commencement date and 1/48th of the total option shares will vest in monthly installments thereafter during continuous service, as described in the applicable stock option agreement. The exercise price per share will be equal to the fair market value per share on the date the option is granted, as determined by the Company's Board of Directors in good faith compliance with applicable guidance in order to avoid having the option be treated as deferred compensation under Section 409A of the Internal Revenue Code of 1986, as amended. There is no guarantee that the Internal Revenue Service will agree with this value. You should consult with your own tax advisor concerning the tax risks associated with accepting an option to purchase the Company's common stock.

4. **Confidential Information and Invention Assignment Agreement.** Like all Company employees, you will be required, as a condition of your employment with the Company, to sign the Company's standard Confidential Information and Invention Assignment Agreement.

5. **Employment Relationship.** Employment with the Company is for no specific period of time. Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause. Any contrary representations which may have been made to you are superseded by this offer. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and the Company's Chief Executive Officer.

6. **Outside Activities.** While you render services to the Company, you agree that you will not engage in any other employment, consulting or other business activity without the written consent of the Company. In addition, while you render services to the company, you will not assist any person or entity in competing with the Company, in preparing to compete with the Company or in hiring any employees or consultants of the Company.

7. **Withholding Taxes.** All forms of compensation referred to in this letter are subject to applicable withholding and payroll taxes.

8. **Entire Agreement.** This letter supersedes and replaces any prior understandings or agreements, whether oral, written or implied, between you and the Company regarding the matters described in this letter.

9. **Background Check.** We are extending this offer contingent upon successful completion of our routine background and reference check. More information and consent to the background check will be provided in a separate letter.

*[Signature Page Follows]*

If you wish to accept this offer, please sign and date this letter return it to me. This offer, if not accepted, will expire at the close of business on January 10, 2018. You must accept this offer as a condition of working at the Company.

We look forward to having you start no later than February 1, 2018.

Very truly yours,

VEMO EDUCATION, INC.

By: _____

Name: Tonio DeSorrento

Title: Chief Executive Officer

ACCEPTED AND AGREED:

Jeffrey Steinberg

_____
(Signature)

Date: 01 Jan 2018
_____

## Vemo Education
### Sales Compensation Matrix:  January 2018-December 2018

| Cash Base | $150k, paid biweekly |
|---|---|
| | |
| **Cash bonuses** | |
| Small program (<$1.5m) | $5k/school (at signing of definitive agreement with pricing) |
| Medium program ($1.5m<>$3m) | $7.5k/school (at signing of definitive agreement with pricing) |
| Large program (>$3m) | $10k/school (at signing of definitive agreement with pricing) |
| First renewal – flat or <$1.5m | $5k (client still renewing 12 months after implementation) |
| First renewal – upsell | $7.5k or $10k (client still renewing 12 months after implementation) |
| | |
| **Equity** | |
| Hit plan (12 school clients) | 60,000 options |
| Beat plan | 10,000 (each school) |
| Company hits plan (25 school clients) | 30,000 |
| Company beats plan by 50% | 30,000 |
| Large deal bonus (>$3m initial onboard) | 10,000 (3 per year max) |
| Quarterly timing ("hustle") bonus | 10,000 per remaining quarter after hitting plan |

# EXHIBIT "B"

**Jeff Steinberg**
**Regional Vice President**
**Incentive Compensation Plan**

**Term: November 1, 2019 – December 31, 2020**

**Salary: Unchanged**

**Quota:** Eligible Fee Revenue => $750,000

**Eligible Fee Revenue:** The sum of Set-Up fee and First Year Annual Program Management Fee

**Small Deals:** Any deal where the combined fee revenue is <$50,000, bonus will equal a one-time bonus payment of $5,000 AND only 50% of combined eligible fees count towards quota.

**Grandfathered Deals:** Any contract with an issue/delivery date prior to 11/1/2019 will be paid the greater of 20% or $5,000 and given quota credit for the eligible fee revenue.

**Commission Matrix:**

| Percent of Quota | Percent of Fee Revenue |
|---|---|
| 1% - 80% | 20% |
| 81% - 125% | 25% |
| 126% - 150% | 30% |
| >150% | 40% |

**Examples:**
3 x ($100k set-up + $50k annual) = $450,000
3 x ($50k set-up + $25k annual) = $225,000
3 x ($25k set-up + $25k annual) = $150,000
Total Quota Eligible Fee Revenue. $825,000

**Commission @20% = $96,000**
**Commission @25% = $67,500**
**Commission @30% = $22,500**
                    **$186,000**
*based on $600,000 quota

1 x ($100k set-up + $50k annual) = $150,000
2 x ($75k set-up + $50k annual) = $250,000
3 x ($50k set-up + $25k annual) = $225,000
2 x ($25k set-up + $25k annual) = $100,000
Total Quota Eligible Fee Revenue $725,000

**Commission @20% = $96,000**
**Commission @25% = $61,250**
                    **$157,250**
*based on $600,000 quota

2 x ($75k set-up + $25k annual) = $200,000
3 x ($50k set-up + $25k annual) = $225,000
4 x ($25k set-up + $25k annual) = $200,000
Total Quota Eligible Fee Revenue $625,000

**Commission @20% = $96,000**
**Commission @25% = $36,250**
                     **$132,250**
**\*based on $600,000 quota**

## Additional Commission Opportunities:

### Multi-year Deals:
$5,000 per year >3 years

### Prepayment:
We may offer some schools the option of prepayment. Rep will receive commission on the correlating percentage on all year one revenue.

*-example: $50,000 set-up + $25,000 annual, we agree that we'd offer them a 20% discount for prepayment of 3 year contract ($125,000 discounted to $100,000 upfront). Once the partner pays the $100,000, rep gets full quota credit and corresponding percentage on $100,000*

**IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA**

**JEFFREY STEINBERG,**

**CASE NO.:**

      **Plaintiff,**

**vs.**

**VEMO EDUCATION, INC., A
DELAWARE CORPORATION,**

      **Defendant.**

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

Plaintiff, JEFFREY STEINBERG, pursuant to Rule 1.350, Florida Rules of Civil Procedure, requests that the above named Defendant, VEMO EDUCATION, INC., A DELAWARE CORPORATION, produce the documents requested below to Plaintiff within forty-five (45) days from the date of service hereof. To avoid Defendant responding by stating "will make available for inspection and copying," Plaintiff agrees to pay reasonable copy costs at the time of production not to exceed .25 cents. Moreover, the undersigned requests that Defendant simply copy the documents to be produced and serve them with the responses or contact the undersigned to work out arrangements for making copies prior to the response date for these Requests.

## DEFINITIONS

For Purposes of these Requests for Production:

a.    "Documents" includes writings or recording of every kind or character including, without limitation, all correspondence, contracts, agreements, letters, invoices, reports, records, memoranda, computer printouts, pamphlets, photographs, notes of meetings, including materials taped, filmed, or photographed and all other matters commonly considered to be documents.

1

b. "Related to" means concern, explain, contain, correspond to, evidence or discuss, or to be in any way legally, logically, or factually connected with the matter inquired of.

c. And" and "or" are used herein both in the conjunctive and disjunctive.

d. "Identify" when used in reference to documents means to specifically state the type of document (e.g. letter, interoffice memorandum) and the following: (1) information sufficient to enable the inquirer to identify the document such as the nature of the document, the date, name or names of addressee(s), author(s) or recipient(s), name of signer(s), title or heading of the document and approximate number of pages.

e. "Plaintiff" refers to Plaintiff, **JEFFREY STEINBERG**.

f. "Defendant(s)" and "you" and "your" refers to, the Defendant, **VEMO EDUCATION, INC., A DELAWARE CORPORATION.**

## REQUESTS FOR PRODUCTION

1. All documents which evidence the terms and conditions of Plaintiff's relationship with Defendant, including all contracts, manuals, handbooks, and memos that Plaintiff was provided by Defendant.

2. Any personnel file of Plaintiff.

3. For each pay period of Plaintiff's relationship with Defendant, all paychecks, pay reports, pay stubs, computer reports or printouts or other documents evidencing the amount paid to Plaintiff.

4. All contracts or written agreements between Plaintiff and you related to pay to be received by Plaintiff.

5. All documents or records relied upon as a basis for responding to Plaintiff's Interrogatories to Defendant.

6. All form W-2s or 1099s prepared for Plaintiff by Defendant.

7. The corporate or organizational chart of Defendant.

8. All documents and correspondence between you and Plaintiff related to compensation allegedly owed to Plaintiff.

9. All text messages between Bill Brosseau and Plaintiff from January 2019 through January 2020.

10. All compensation plans for Jeffrey Steinberg, Marc Steinhardt and Bill Brosseau which were in effect during calendar year 2019.

11. All Hubspot records for the following accounts/deals:

Redacted - Confidential

12. All commission payouts for Plaintiff.

13. All e-mails sent to/from Plaintiff's Vemo e-mail address from January 1, 2019 through the end of Plaintiff's employment.

Dated this 21st day of April, 2020.

/s/ C. RYAN MORGAN
C. RYAN MORGAN, ESQ.
Florida Bar No. 0015527
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Phone: (407) 420-1414
Fax: (407) 420-5956
Email: rmorgan@forthepeople.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served along with the Summons and Complaint.

/s/ C. RYAN MORGAN
C. RYAN MORGAN, ESQ

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JEFFREY STEINBERG,

          CASE NO.:

  Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

  Defendant.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO DEFENDANT

  Plaintiff, JEFFREY STEINBERG, by and through the undersigned counsel,

hereby gives notice pursuant to Rule 1.340, Florida Rules of Civil Procedure, that the

attached interrogatories were served on the Defendant, VEMO EDUCATION, INC.,

A DELAWARE CORPORATION, answers to which will be due within forty-five (45)

days from the date of service hereof.

Dated this 21st day of April ,2020.

        **/s/ C. RYAN MORGAN**
        C. RYAN MORGAN, ESQ.
        Florida Bar No. 0015527
        MORGAN & MORGAN, P.A.
        20 N. Orange Ave., 14th Floor
        P.O. Box 4979
        Orlando, FL 32802-4979
        Phone: (407) 420-1414
        Fax: (407) 420-5956
        Email: rmorgan@forthepeople.com
        **Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served along with the Summons and Complaint.

/s/ C. RYAN MORGAN
C. RYAN MORGAN, ESQ.

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JEFFREY STEINBERG,

                                        CASE NO.:

      Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

      Defendant.

_____/

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

Pursuant to Rule 1.340, Florida Rules of Civil Procedure, Plaintiff, JEFFREY

STEINBERG ("Plaintiff"), propounds his First Set of Interrogatories to Defendant,

VEMO EDUCATION, INC., A DELAWARE CORPORATION, ("Defendant") to be

answered in writing and under oath within thirty (30) days after service of these

Interrogatories.

## DEFINITIONS

For Purposes of these Interrogatories:

    a.  "Person" includes corporations, partnerships, and other business or legal
        entities, as well as individuals.

    b.  "Identify" when used in reference to an individual means to state his full
        name, present or last known address, present employment position or
        business affiliation and phone number.

    c.  "Identify" when used in reference to an entity means to identify whether the
        entity is a corporation, partnership or other organization, and the present or
        last known address of the principal place of business.

d. "Identify" when used in reference to documents means to specifically state the type of document (e.g. letter, interoffice memorandum) and the following: (1) information sufficient to enable the inquirer to identify the document such as the nature of the document, the date, name or names of addressee(s), author(s) or recipient(s), name of signer(s), title or heading of the document and approximate number of pages.

e. "Plaintiff" refers to Plaintiff, **JEFFREY STEINBERG**

f. "Defendant(s)" and "you" and "your" refers to, the Defendant, **VEMO EDUCATION, INC., A DELAWARE CORPORATION.**

## *INTERROGATORIES*

1.  Please explain all agreements with Plaintiff on how he would be paid commissions and also indicate the time period such agreements were in effect and whether such agreement is contained in any document.

ANSWER:

STOPPED HERE

2.  Please explain why you did not pay Plaintiff commissions for the following accounts/c<sup>Redacted - Confidential</sup>

University

ANSWER:

3. For all of the deals listed in #2 where you did not pay Plaintiff commissions, for each deal please provide the citation to the specific written agreement section which you contend warrants Plaintiff not receiving commissions for each individual deal.

ANSWER:

4. Please state the date which Bill Brosseau became eligible for commissions on sales, and please stare whether a written agreement/contract for such commissions exists between Defendant and Bill Brosseau.

ANSWER:

5. Please state what the issue/delivery date was for each of the below accounts/deals:

Redacted - Confidential

ANSWER:

By_____

STATE OF_____

COUNTY OF _____

      SWORN TO AND SUBSCRIBED before me this ___day of _____, 2020.

The Affiant, _____, is [ ] personally known to me or [ ] has produced

_____as identification, which is current or has been issued within the past

five years and bars a serial number or other identifying number.

_____

Print Name:

_____

NOTARY PUBLIC-STATE OF_____
Commission Number: _____
My commission expires: _____
              (Notary Seal)

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JEFFREY STEINBERG,

      Plaintiff,

vs.

VEMO EDUCATION, INC., A
DELAWARE CORPORATION,

      Defendant.

_____/

CASE NO.: 2020 10562 CIDL

DIVISION: 02 - Kathryn Weston

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

VEMO EDUCATION, INC.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on C. RYAN MORGAN, ESQ. Morgan & Morgan, P.A., 20 North Orange Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

2020 10562 CIDL

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **VOLUSIA COUNTY COURTHOUSE**, 125 East Orange Avenue, Daytona Beach, FL 32114; telephone (386) 736-5907, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the _28 th_ day of ___April___, 2020.

LAURA E ROTH
CLERK OF THE CIRCUIT COURT

By_____
As Deputy Clerk

rtn to pltf/atty for sop
cc pltf/atty by mail

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

## IMPORTANT

3

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent-etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay System."

C. Ryan Morgan, Esq.
MORGAN & MORGAN, P.A.
POST OFFICE BOX 4979
20 NORTH ORANGE AVENUE, SUITE 1600
ORLANDO, FLORIDA 32802-4979
Telephone: (407) 420-1414
E-mail: rmorgan@forthepeople.com

4